# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0041
LT Case No. 2012-CF-0833

_____

JENNIFER STAMM ALDER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Jennifer Stamm Alder, Ocala, pro se.

No Appearance for Appellee.

February 20, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____